1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                                    DISTRICT OF NEVADA

10

11   JERRY R. STEVER,

12                    Plaintiff,                    Case No. 3:14-CV-00273-LRH-WGC

13   vs.

14   US BANCORP and US BANCORP
     INVESTMENTS, INC.,
15                                                           **ORDER**

16                    Defendants.

17

18

19          In accordance with the Stipulation of the Parties requesting dismissal of the Plaintiff's

20   Second Claim for Contractual Breach of the Implied Covenant of Good Faith and Fair Dealing,

21   the Plaintiff's second claim for relief for Contractual Breach of the Implied Covenant of Good

22   Faith and Fair Dealing is hereby DISMISSED with prejudice.

23
                                          IT IS SO ORDERED
24
                                          DATED this 19th day of August, 2014.
25

26

27                                        _____
                                          LARRY R. HICKS
28                                        UNITED STATES DISTRICT JUDGE