1  SANDRA KETNER, ESQ., Bar # 8527
   LITTLER MENDELSON, P.C.
2  50 West Liberty Street
   Suite 400
3  Reno, NV  89501.1944
   Telephone:   775.348.4888
4  Fax No.:     775.786.0127

5  Attorneys for Defendants
   US BANCORP and US BANCORP INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY R. STEVER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>US BANCORP and US BANCORP INVESTMENTS, INC.,<br><br>　　　　Defendants. | Case No. 3:14-CV-00273-LRH-WGC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM** |

Notice is hereby given that Sandra Ketner is being substituted for Susan Heaney Hilden, currently listed as a Littler Mendelson attorney representing Defendants US Bancorp and US Bancorp Investments, Inc. ("Defendants").  As of April 20, 2015, Ms. Hilden is no longer employed at the law firm of Littler Mendelson and is not participating in this litigation.

///
///
///
///
///
///
///

Firmwide:132980328.1 021035.4104

1 | Ms. Ketner's current mailing address and email address are:

Sandra Ketner, Esq.
Littler Mendelson
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV   89169
sketner@littler.com

Dated:  April 20, 2015

                          /s/
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
US BANCORP and US BANCORP
INVESTMENTS, INC.

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

Firmwide:132980328.1 021035.4104