AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

JERRY R. STEVER,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:14-CV-00273-LRH-WGC**

US BANCORP and US BANCORP
INVESTMENTS, INC.,

      Defendants.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that US Bancorp and US Bancorp Investments, Inc.'s ("USBI") Motion for Summary Judgment (#24) is **GRANTED**.
    **IT IS FURTHER ORDERED** that judgment is hereby entered in favor of USBI and against Jerry R. Stever.


   JUNE 23, 2015                         **LANCE S. WILSON**
                                             Clerk


                                         /s/ D. R. Morgan
                                         Deputy Clerk